[No. 27263-0-III. Division Three. August 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL VELASQUEZ-BAUTISTA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 08-1-00291-1, John M. Antosz, J., entered July 7, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 27352-1-III. Division Three. August 20, 2009.]

ROBERT R. KAMMARCAL, *Appellant*, v. DELBERT W. OWEN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-03343-7, Paul A. Bastine, J. Pro Tem., entered July 22, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 59904-6-I. Division One. August 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. EDILBERTO MARTINEZ-CARDENAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-08235-1, Jeffrey M. Ramsdell, J., entered March 23, 2007. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Appelwick, JJ.

[No. 60534-8-I. Division One. August 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GAYLON LEE THIEFAULT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00167-6, Ronald L. Castleberry, J., entered August 17, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Cox, J.